**Fill in this information to identify your case:**

Debtor 1: **Deric Lee Holder**
First Name — Middle Name — Last Name

Debtor 2 (Spouse if, filing): **JoeAnna Quillen Dunn-Holder**
First Name — Middle Name — Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7       12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Consumer Portfolio Services**<br><br>Description of property securing debt: **2012 Honda Crosstour 101,000 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]: **Debtors will continue to make payments** | ■ No<br>☐ Yes |

## Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: **Aarons Sales & Lease**<br><br>Description of leased Property: **Rent to own bed, washer/dryer** | ☐ No<br>■ Yes |
| Lessor's name: **NPRTO South-East LLC** | ☐ No |

Official Form 108        Statement of Intention for Individuals Filing Under Chapter 7        page 1

Debtor 1  **Deric Lee Holder**
Debtor 2  **JoeAnna Quillen Dunn-Holder**                           Case number (*if known*)

■ Yes

Description of leased   **Lease to own jewelry**
Property:

### Part 3:    Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Deric Lee Holder**                                         X  **/s/ JoeAnna Quillen Dunn-Holder**
**Deric Lee Holder**                                                **JoeAnna Quillen Dunn-Holder**
Signature of Debtor 1                                               Signature of Debtor 2

Date  **February 10, 2020**                                         Date  **February 10, 2020**

**IN THE UNITED STATES BANKRUPTCY COURT**
Eastern District of Tennessee

| | |
|---|---|
| IN RE: | * CASE NO.: |
| | * |
| **Deric Lee Holder,** | * |
| and | * CHAPTER: **7** |
| **JoeAnna Quillen Dunn-Holder,** | * |
| **FKA JoeAnna Quillen Dunn,** | * |
| Debtors | * |

## CERTIFICATE OF SERVICE

I certify that on this day, I served the following parties with a copy of the "Debtors' Statement of Intentions", by electronic case filing and/or by placing true copies of the same in the United States Mail with adequate postage affixed to insure delivery addressed to::

U.S. Trustee's Office
Howard H. Baker, Jr., U.S. Courthouse
800 Market Street Ste 114
Knoxville, TN 37902

Deric & JoeAnna Holder
2100 Montvale Road
Maryville, TN 37803

Aarons Sales & Lease
1119 Hunters Crossing
Alcoa TN  37701

Consumer Portfolio Services
PO Box 57071
Irvine CA  92619

NPRTO South-East LLC
256 West Data Drive
Draper UT  84020

Dated: 2/10/2020

/s/ Zachary S. Burroughs 025896
/s/ Ashley N. Batts 036406
Zachary S. Burroughs 025896,
Ashley N. Batts, 036406,
Attorneys for Debtors
Clark & Washington, PC
408 S. Northshore Drive
Knoxville, TN 37919
865-281-8084